IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIMON KENT,

                                                                                      ORDER

                Plaintiff,

                                                            08-cv-141-bbc

    v.

L. HARRIS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIMON KENT,

                Plaintiff,

                                                           08-cv-142-bbc

    v.

ENOCH JOHNBULL,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIMON KENT,

                Plaintiff,

                                                           08-cv-143-bbc

    v.

JOHN B. LINDSLEY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In these consolidated cases I gave defendants until June 23, 2008, to file corrected notices of removal that properly identify L. Harris, Enoch Johnbull and John Lindsley as the parties seeking removal rather than the United States America.  Dkt. #16.  Inexplicably, defendants have failed to comply with this order.  I will give them one last chance.  If defendants do not file corrected notices by July 11, 2008, or explain their failure to do so, I will remand the case to state court for lack of jurisdiction.

Entered this 8th day of July, 2008.

BY THE COURT:

*Barbara B. Crabb*

_____
BARBARA B. CRABB
District Judge

2