# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

_____

SIMON KENT,

        Plaintiff,

                08-cv-141-bbc

    v.

L. HARRIS,

                **JUDGMENT**

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIMON KENT,

        Plaintiff,

                08-cv-142-bbc

    v.

ENOCH JOHNBULL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIMON KENT,

        Plaintiff,

                08-cv-143-bbc

    v.

JOHN B. LINDSLEY,

        Defendant.

_____

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    **This case is dismissed against defendants.**

JOEL W. TURNER
_____
**Joel W. Turner, Acting Clerk**

/s/ S. Vogel                                          10/3/08
_____   _____
**by Deputy Clerk**                                          Date